# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135873

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEONDRE KENYETTA ELIE,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135873
COA: 275081
Wayne CC: 06-007727-01

On order of the Court, the application for leave to appeal the January 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

Clerk

p0421